United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 26, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30587
Summary Calendar

_____

EDGAR HERRERA VILLATORO,

Plaintiff-Appellant,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
(2:03-CV-1284)
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Edgar Herrera Villatoro, federal prisoner # 97107-079, is appealing the district court's dismissal of his Bivens[1] civil rights complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

Villatoro has failed to address any of the issues raised in the district court or its dismissal of his complaint for failure to state a claim on which relief can be granted. Although we apply

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

less stringent standards to parties proceeding pro se than to parties represented by counsel and liberally construe the briefs of pro se litigants, such parties still must brief the issues and reasonably comply with the requirements of FED. R. CIV. P. 28. Grant v. Cuellar, 59 F.3d 523, 524 (5th Cir. 1995). Claims not adequately argued in the body of the brief are deemed abandoned on appeal. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). As Villatoro has not briefed any of his claims, we deem them to have been abandoned on appeal. Id.

The district court's dismissal of the complaint is AFFIRMED.

Villatoro's motion for leave of court to file a supplement and amended brief pursuant to appellate procedure under Rule 28(j) is DENIED.